In re OPENING BRIGGS AVE. (Supreme Court, Appellate Division, First Department. May 28, 1909.) In the matter of the opening of Briggs avenue. No opinion. Order affirmed, with $10 costs and disbursements, on Matter of Briggs Ave., 118 App. Div. 224, 102 N. Y. Supp. 1102. Order filed.

OPPENHEIM, Respondent, v. FRIEDLANDER, Appellant. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by David Oppenheim against Albert Friedlander. E. E. Wise, for appellant. G. E. Joseph, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

OSTERGREN, Respondent, v. RETZER, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Irving Ostergren against Samuel M. Retzer. No opinion. Judgment of the Municipal Court affirmed, with costs.

OSWEGO FALLS PULP & PAPER CO., Respondent, v. STECHER LITHOGRAPHIC CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 2, 1909.) Action by the Oswego Falls Pulp & Paper Company against the Stecher Lithographic Company.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
McLENNAN, P. J., not sitting.

PALLACE, Respondent, v. NIAGARA, L. & O. POWER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 6, 1909.) Action by John Pallace. Jr., against the Niagara, Lockport & Ontario Power Company. For former opinion, see 115 N. Y. Supp. 340.
PER CURIAM. Motion for reargument denied, with $10 costs.
McLENNAN, P. J., not sitting.

In re PAPESCA. (Supreme Court, Appellate Division, First Department. May 14, 1909.) In the matter of Michelina Papesca, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PARKER et al. v. WRIGHT. (Supreme Court, Appellate Division, First Department. May 14, 1909.) Action by James H. Parker and others against Robert K. Wright. No opinion. Motion granted, with $10 costs. Order filed.

PECK, Respondent, v. NORMOYLE, Appellant, et al. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Lizzie M. Peck against Michael Normoyle and others. No opinion. Order of the County Court of Queens county affirmed, with $10 costs and disbursements.

PEOPLE, Respondent, v. ARCHIBALD, Appellant. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Proceedings by the People of the State of New York against Harry L. Archibald. J. Braun, for appellant. A. A. Mayper, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE v. BANK OF STATEN ISLAND. (Supreme Court, Appellate Division, Third Department. May 21, 1909.) Proceedings by the People of the State of New York against the Bank of Staten Island. No opinion. Motion denied.

PEOPLE, Respondent, v. BAUER, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 4, 1909.) Proceedings by the People of the State of New York against George Bauer. No opinion. Judgment affirmed.

PEOPLE, Respondent, v. COLLINS, Appellant. (Supreme Court, Appellate Division, First Department. May 21, 1909.) Proceedings by the People of the State of New York against John Collins. H. J. Goldsmith, for appellant. A. A. Mayper, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. COLLINS, Appellant. (Supreme Court, Appellate Division, First Department. May 21, 1909.) Proceedings by People of the State of New York against Joseph Collins. H. J. Goldsmith, for appellant. A. A. Mayper, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. DE BARBERI, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Proceedings by the People of the State of New York against Fred De Barberi. No opinion. Judgment of the County Court of Westchester county affirmed.

PEOPLE v. FEDERAL BANK OF NEW YORK. (Supreme Court, Appellate Division, First Department. May 14, 1909.) Proceedings by the People of the State of New York against the Federal Bank of New York. No opinion. Motion to dismiss denied, on terms stated in order. Order filed. See, also, 122 App. Div. 810, 107 N. Y. Supp. 811.

PEOPLE v. MOORE. SAME v. SILVERMAN et al. (Supreme Court, Appellate Division, First Department. May 14, 1909.) Proceedings by the People of the State of New York against Richard Moore and against Henry Silverman and another. No opinions. Motions denied, on terms stated in orders. Orders filed.

PEOPLE, Respondent, v. RINGE, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Proceedings by the People of the State of New York against William A. Ringe. No opinion. Order resettled and signed.